**No. 10-7865. Diane Willis, Petitioner v. Ray Nagin, Mayor of the City of New Orleans, Louisiana, et al.**

562 U.S. 1190, 131 S. Ct. 1023, 178 L. Ed. 2d 847, 2011 U.S. LEXIS 771.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 387 Fed. Appx. 473.

**No. 10-7866. TiJon Cox, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

562 U.S. 1190, 131 S. Ct. 1023, 178 L. Ed. 2d 847, 2011 U.S. LEXIS 841,

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 401 Fed. Appx. 801.

**No. 10-7879. Robert Beale, John Howard Pelton, and Frederick Ogan Bond, Petitioners v. United States.**

562 U.S. 1190, 131 S. Ct. 1023, 178 L. Ed. 2d 847, 2011 U.S. LEXIS 896.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 620 F.3d 856.

**No. 10-7882. Edwin L. Williams, Petitioner v. Guy Hall, Superintendent, Two Rivers Correctional Institution.**

562 U.S. 1190, 131 S. Ct. 1023, 178 L. Ed. 2d 847, 2011 U.S. LEXIS 798.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7886. Thomas Douglas, IV, Petitioner v. United States.**

562 U.S. 1190, 131 S. Ct. 1024, 178 L. Ed. 2d 847, 2011 U.S. LEXIS 779.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 626 F.3d 161.

**No. 10-7888. Donald Benjamin, Jr., Petitioner v. United States.**

562 U.S. 1190, 131 S. Ct. 1024, 178 L. Ed. 2d 847, 2011 U.S. LEXIS 840.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 391 Fed. Appx. 942.

**No. 10-7893. Lawrence Webb, Petitioner v. United States.**

562 U.S. 1190, 131 S. Ct. 1024, 178 L. Ed. 2d 847, 2011 U.S. LEXIS 889.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 397 Fed. Appx. 850.

**No. 10-7894. Marcus Floyd Thomas, Petitioner v. United States.**

562 U.S. 1190, 131 S. Ct. 1024, 178 L. Ed. 2d 847, 2011 U.S. LEXIS 738.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 393 Fed. Appx. 474.

**No. 10-7896. Gerald Lee Patterson, Petitioner v. United States.**

562 U.S. 1190, 131 S. Ct. 1024, 178 L. Ed. 2d 847, 2011 U.S. LEXIS 905.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.